(113 So. 916)

Sam BRASHER v. STATE. (7 Div. 352.) Court of Appeals of Alabama. June 21, 1927. Shelby County; E. S. Lyman, Judge.

BRICKEN, P. J. Appeal dismissed.

(117 So. 924)

G. W. BRASWELL v. McCONNON & CO. (2 Div. 384.) Court of Appeals of Alabama. Jan. 17, 1928. Rehearing Denied March 6, 1928. Benj. F. Elmore, Judge.

S. W. Compton, of Linden, for appellant. William Cunninghame, of Linden, for appellee.

RICE, J. This is an appeal on the record proper, without bill of exceptions. Where this is the situation, given or refused charges will not be considered. We find no error, and the judgment is affirmed.

(118 So. 922)

Willie E. BREITLING v. CITY OF DEMOPOLIS. (2 Div. 423.) Court of Appeals of Alabama. Nov. 1, 1928. Benj. F. Elmore, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(116 So. 923)

D. V. BREWER v. STATE. (6 Div. 389.) Court of Appeals of Alabama. April 10, 1928. John P. McCoy, Judge. Receiving, etc., stolen property.

RICE, J. Appeal dismissed.

(111 So. 923)

W. P. BREWER v. Cout WALKER. (6 Div. 23.) (Court of Appeals of Alabama. Jan. 11, 1927.) John Denson, Judge. John D. Strange, of Birmingham, for appellant. McCollough & McCollough, of Birmingham, for appellee.

RICE, J. Affirmed.

(111 So. 924)

Bascomb BRIDGEFORTH v. STATE. (0 Div. 485.) (Court of Appeals of Alabama. Feb. 1, 1927.) J. E. Horton, Judge.

RICE, J. Affirmed.

(112 So. 920)

Lawrence BROADUS v. STATE. (1 Div. 734.) Court of Appeals of Alabama. May 24, 1927. Saffold Berney, Judge.

SAMFORD, J. Appeal dismissed.

(116 So. 922)

Lawrence BROADUS v. STATE. (1 Div. 761.) Court of Appeals of Alabama. April 10, 1928. Saffold Berney, Judge. Operating motor vehicle without license.

SAMFORD, J. Affirmed.

(116 So. 922)

Lawrence BROADUS v. STATE. (1 Div. 753.) Court of Appeals of Alabama. May 15, 1928. Saffold Berney, Judge. Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. From a judgment of conviction for the violation of the prohibition laws this appeal was taken. The prosecution originated in the inferior court of Mobile county, and from a judgment of conviction in said court an appeal was taken to the circuit court. No trial by jury having been demanded, the cause was heard and determined by the court without a jury. After hearing and considering the evidence, the court pronounced and entered a judgment of guilt against the accused, from which an appeal was taken to this court. There is no bill of exceptions, the appeal being upon the record only. The record proper is regular in all things; therefore without error. The judgment of conviction in the circuit court, from which this appeal was taken, will stand affirmed. Affirmed.

(116 So. 923)

Edward BROGLEY v. STATE. (1 Div. 754.) Court of Appeals of Alabama. April 10, 1928. Saffold Berney, Judge. Violating prohibition law.

SAMFORD, J. Affirmed.

(115 So. 922)

John BROOKS v. STATE. (3 Div. 558.) Court of Appeals of Alabama. Jan. 10, 1928. Arthur E. Gamble, Judge.

BRICKEN, P. J. Upon trial under an indictment charging murder in the second degree, this appellant was convicted of the offense of manslaughter in the first degree; his punishment being fixed by the jury at imprisonment in the penitentiary for five years. He was convicted of having killed one Howard Boddy by shooting him with a pistol. From the judgment of conviction he appealed, which is here submitted upon the record only. There is no bill of exceptions. We have examined the record, as the law requires. Finding it regular and without error, it is ordered that the judgment of the lower court in this case shall stand affirmed. Affirmed.

(111 So. 924)

Henry BROWN v. STATE. (8 Div. 476.) (Court of Appeals of Alabama. Feb. 1, 1927.) W. W. Haralson, Judge.

RICE, J. Appeal dismissed.